# Claim Detail



Case  1710327    Debtor1  JANICE K. GOODE    Trustee  WEST, KENNETH E. (PHILADELPHIA, PA)

## CLAIM DETAIL

| | |
|---|---|
| Claim Number | 0070 |
| Claim Description | UNSECURED |
| Claim Type Code | U |
| Class Type Description | Unsecured |
| Class Type Code | U |
| Level | 33 |
| Comment | ORDER DISALLOWED 1/25/2023 |
| Collateral Description | |
| Account Number | 4637 |
| Reference Number | 0 |
| UCI | |
| Claim Start Payment Date | |
| Court Claim Number | 7 |
| Percent Paid | |
| Claim Status Description | |
| Claim Filed Date | 05/04/2017 |

## CLAIM AMOUNTS

| | |
|---|---|
| Claim Amount | $22,012.88 |
| Scheduled Amount | $22,813.00 |
| Monthly Payment | $0.00 |
| Max Pay Amount | $22,012.88 |
| Collateral Value Amount | $0.00 |
| Principal Paid | $3,103.26 |
| Paid Direct | $0.00 |
| Principal Due Amount | $0.00 |
| Interest Rate % | 0.0000 |
| Interest Paid | $0.00 |
| Interest Due Amount | $0.00 |
| Trustee Percent | 10.0000 |
| | 37.49 |
| | 1/10/2023 12:00:00 AM |

## CREDITOR INFORMATION

| | |
|---|---|
| Creditor Name | CAVALRY SPV I, LLC |
| Mailing Address | PO BOX 27288 |
| | TEMPE, AZ 85282 |
| Contact Name | |
| Phone Number | |
| Creditor Number | CAVALRY |

## FLAGS

| | |
|---|---|
| No Check Indicator | |
| Stop Disburse Indicator | Y |
| Continuing Indicator | N |
| Reserve Indicator | |

## PAYMENT HISTORY

| DATE | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | PAYMENT AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 01/10/2023 | 3019555 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.49 | $3,103.26 |
| 12/13/2022 | 3018326 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.48 | $3,065.77 |
| 11/15/2022 | 3017002 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.49 | $3,028.29 |
| 10/11/2022 | 3015746 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.48 | $2,990.80 |
| 09/08/2022 | 3014645 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.49 | $2,953.32 |
| 08/16/2022 | 3013409 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.48 | $2,915.83 |
| 07/12/2022 | 3012086 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.48 | $2,878.35 |

| DATE | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | PAYMENT AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 06/09/2022 | 3010828 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.48 | $2,840.87 |
| 05/11/2022 | 3009570 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.49 | $2,803.39 |
| 04/12/2022 | 3008166 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $74.96 | $2,765.90 |
| 02/07/2022 | 3005580 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.49 | $2,690.94 |
| 01/10/2022 | 3004230 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.49 | $2,653.45 |
| 12/09/2021 | 3002972 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.48 | $2,615.96 |
| 11/09/2021 | 3001586 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.48 | $2,578.48 |
| 10/08/2021 | 3000213 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.48 | $2,541.00 |
| 09/09/2021 | 2531391 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.49 | $2,503.52 |
| 08/09/2021 | 2529992 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.48 | $2,466.03 |
| 07/09/2021 | 2528546 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.48 | $2,428.55 |
| 06/09/2021 | 2527093 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.49 | $2,391.07 |
| 05/10/2021 | 2525578 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.48 | $2,353.58 |
| 04/09/2021 | 2524011 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.48 | $2,316.10 |
| 03/08/2021 | 2522594 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.49 | $2,278.62 |
| 02/10/2021 | 2521043 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.48 | $2,241.13 |
| 01/08/2021 | 2519635 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.49 | $2,203.65 |
| 12/09/2020 | 2518203 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.48 | $2,166.16 |
| 11/10/2020 | 2516708 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $37.48 | $2,128.68 |
| 10/07/2020 | 2515276 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $36.67 | $2,091.20 |
| 09/10/2020 | 2513872 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $36.67 | $2,054.53 |
| 08/10/2020 | 2512473 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $36.67 | $2,017.86 |
| 07/13/2020 | 2510966 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $36.67 | $1,981.19 |
| 06/10/2020 | 2509495 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $35.67 | $1,944.52 |
| 03/09/2020 | 2505090 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.34 | $1,908.85 |
| 02/10/2020 | 2503466 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.36 | $1,820.51 |
| 01/09/2020 | 2502004 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.34 | $1,732.15 |

| DATE | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | PAYMENT AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 12/09/2019 | 2499222 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.35 | $1,643.81 |
| 11/08/2019 | 2497698 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.35 | $1,555.46 |
| 10/09/2019 | 2496188 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.06 | $1,467.11 |
| 09/09/2019 | 2494680 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.06 | $1,379.05 |
| 08/09/2019 | 2493196 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.06 | $1,290.99 |
| 07/10/2019 | 2491656 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.06 | $1,202.93 |
| 06/07/2019 | 2490173 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.07 | $1,114.87 |
| 05/08/2019 | 2488712 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.06 | $1,026.80 |
| 04/09/2019 | 2487134 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.06 | $938.74 |
| 03/08/2019 | 2485649 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.07 | $850.68 |
| 02/08/2019 | 2484139 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.06 | $762.61 |
| 01/09/2019 | 2482579 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.06 | $674.55 |
| 12/07/2018 | 2481128 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.07 | $586.49 |
| 11/09/2018 | 2479564 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $88.05 | $498.42 |
| 10/10/2018 | 2478010 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $91.12 | $410.37 |
| 09/10/2018 | 2476444 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $91.11 | $319.25 |
| 08/10/2018 | 2474889 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $87.87 | $228.14 |
| 07/09/2018 | 2473269 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $87.88 | $140.27 |
| 06/08/2018 | 2471618 | CAVALRY SPV I, LLC | DISBURSEMENT CHECK (PRINCIPAL) | $52.39 | $52.39 |