**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 17-10327-mdc |
| Janice K. Goode, | Chapter 13 |
| Debtor. | |

**PLAINTIFF'S EXHIBIT C**

**Order on Debtor's Objection to Claim No. 7**
**by Claimant Calvary SPV I LLC as assignee of Citibank N.A.**

**AND NOW**, on this ___25th___ day of _____January_____ 2023, after consideration of the Debtor's Objection to Claim No. 7 by Claimant Calvary SPV I LLC as assignee of Citibank N.A., and after notice and a hearing, it is hereby

**ORDERED** that the objection is **SUSTAINED**. It is further

**ORDERED** that Claim No. 7 is **DISALLOWED**.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge