# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10327-mdc |
| Janice K. Goode, | Chapter 13 |
| Debtor. | |
| Janice K. Goode, | Adversary No. 23-00104-mdc |
| Plaintiff, | |
| v. | |
| Calvary SPV I, LLC, | |
| Defendant. | |

## Certificate of Service

    I, Michael I. Assad, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the summons and a copy of the complaint was made today, December 11, 2023, by regular, first-class United States mail, postage pre-paid, addressed to:

Chief Executive Officer
Calvary SPV I, LLC
1 American Lane, Suite 220
Greenwich, CT 06831-2200

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date: December 11, 2023

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com