# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Janice K. Goode,<br><br>        Debtor. | Case No. 17-10327-mdc<br><br>Chapter 13 |
| Janice K. Goode,<br><br>        Plaintiff,<br><br>v.<br><br>Calvary SPV I, LLC,<br><br>        Defendant. | Adversary No. 23-00104-mdc |

## Notice of Voluntary Dismissal

Pursuant to Fed. R. Civ. P. 41 and Fed. R. Bankr. P. 7041, Plaintiff Janice K. Goode, by and through her attorney, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice as to all claims and defendants.

Date: January 8, 2024

CIBIK LAW, P.C.
*Counsel for Plaintiff*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com